UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GEORGE STANLEY,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 1:21-cv-00057-JAW<br>) |
| USPS,<br>Defendant, | )<br>)<br>) |

JUDGMENT OF DISMISSAL

In accordance with the Order Affirming Recommended Decision of the Magistrate Judge issued on June 18, 2021 by U.S. District Judge John A. Woodcock the Complaint (ECF No. 1) and Amended Complaint (ECF No. 9) are dismissed. JUDGMENT OF DISMISSAL is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Charity Pelletier
Deputy Clerk

Dated: June 18, 2021